IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **Jodi L. Auker**<br>　　　　　　　　　Debtor<br><br>**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1**<br>　　　　　　　　　Movant<br>　　　vs.<br><br>**Jodi L. Auker**<br>　　　　　　　　　Debtor<br><br>**Charles J. DeHart, III Esq.**, (**Trustee**) | BK NO. 4:15-bk-01927 JJT<br><br>Chapter 13<br><br>Pleading: Motion for Relief |

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST WITH CONCURRENCE

CHECK ONE:

**X**　The undersigned hereby withdraws the above-identified pleading with the consent of the opposition, if any.

☐　The undersigned counsel certifies as follows:

(1)　A settlement has been reached which will be reduced to writing, executed and filed within forty-five (45) days.

(2)　If a stipulation is not filed or a hearing requested within forty-five (45) days, it is understood that this proceeding will be dismissed without prejudice.

(3)　Contemporaneous with the filing for this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 10, 2016　　　　　　　**/s/ Joshua I. Goldman, Esquire**　　
　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.