IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                          :
                                :  No.  4-15-01927
JODI L. AUKER,                  :
                Debtor          :
                                :  Chapter 13
JODI L. AUKER,                  :
                Objectant       :
        VS.                     :
                                :  Claim Objection
THE BANK OF NEW YORK MELLON, fka :
THE BANK OF NEW YORK as Trustee  :
For the Certificate Holders of   :
CWALT, INC., ALTERNATE LOAN TRUST :
2007-IT1, MORTGAGE PASS-THROUGH  :
CERTIFICATES, SERIES 2007-1T1,   :
                Claimant         :
```

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

_X_  The undersigned hereby withdraws the above identified pleading with
the consent of the opposition, if any.

____  The undersigned counsel certifies as follows:

   (1)  A settlement has been reached which will be reduced to writing,
   executed and filed within (please check only one).

           ____  Thirty (30) days.
           ____  Forty-five (45) days.
           ____  Sixty (60) days.

   (2)  If a stipulation is not filed or a hearing requested within the
   above-stated time frame, the Court may dismiss the matter without
   further notice.

   (3)  Contemporaneous with the filing of this request, the undersigned
   has served a copy of this request upon all counsel participating in
   this proceeding.


Dated:_11/11/16___              _/s/ Donald M. Hahn_____
                                Donald M. Hahn, Esquire
                                Attorney for Objectant

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing documents
upon the person(s) and in the manner indicated below:

<u>Service by ECF Notice Addressed as Follows:</u>

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee

Joshua I. Goldman, Esquire
Attorney for Claimant

<u>Service by First-Class Mail Addressed as Follows:</u>

The Bank of New York Mellon
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603
Attn: Patricia Lebron, BK Case Manager

DATED this _11th ____ day of _November_____, A.D., 20_16.

_/s/ Donald M. Hahn_____