# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jodi L. Auker<br>Debtor(s) | BKY. NO. 15-01927 JJT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1T1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2853

                                                                           Respectfully submitted,

                                                                           **/s/ Thomas Puleo**
                                                                           Thomas Puleo, Esquire
                                                                           James C. Warmbrodt, Esquire
                                                                           KML Law Group, P.C.
                                                                           701 Market Street, Suite 5000
                                                                           Philadelphia, PA 19106-1532
                                                                           (215) 825-6306  FAX (215) 825-6406
                                                                           Attorney for Movant/Applicant