```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 15-01927-JJT
Jodi L. Auker                                                       Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: LyndseyPr            Page 1 of 1         Date Rcvd: Aug 31, 2017
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db             +Jodi L. Auker,    145 Summit Drive,    Centre Hall, PA 16828-9137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor   PA Department of Revenue bbishop@attorneygeneral.gov,
               ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dana S Plon    on behalf of Creditor   303 Benner Pike Holdings Limited Partnership
               dplon@sirlinlaw.com
              Donald M Hahn    on behalf of Debtor Jodi L. Auker dhahn@nittanylaw.com
              Joshua I Goldman    on behalf of Creditor   BAC BANK OF NY (CWALT 2007-1T1)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   THE BANK OF NEW YORK MELLON tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | No. 4-15-01927 |
| JODI L. AUKER, | |
|     Debtor | |
| | Chapter 13 |
| CHARLES J. DeHART, III, TRUSTEE, | |
|     Movant | |
|   VS. | |
| | Fee Application |
| DONALD M. HAHN, ESQUIRE, | |
|     Respondent | |

**ORDER**

AND NOW, upon consideration of the Stipulation settling Movant/Trustee's objection to Respondent/Applicant's fee application, it is accordingly

ORDERED that the aforementioned Stipulation be, and it hereby is, APPROVED; and it is further

ORDERED that the sum of $1,452.50 for professional services rendered and $0.00 for reimbursement for actual and necessary expenses incurred by it for a total sum of $1,452.50 from November 15, 2016, to May 15, 2017, be, and it hereby is APPROVED; and it is further

ORDERED that the Movant/Trustee may make allowance to Respondent/Applicant on account of his fees and expenses only to the extent that the Movant/Trustee finds, in his sole discretion, that funds are available to pay such fees and expenses through the Debtor's Chapter 13 Plan; and it is further

ORDERED that the claim of Respondent/Applicant on account of his fees and expenses shall be subordinated to the claims of domestic

support obligees, secured creditors, and priority creditors with respect to the Movant/Trustee's order of distribution of plan payments; and it is further

ORDERED that Respondent/Applicant may seek payment of any remaining balance from the Debtor after completion of the Debtor's Chapter 13 Plan.

Dated: August 31, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)