UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JODI L. AUKER
    DBA: FURNITURE SOLUTIONS OUTLET,
LLC, NITTANY SLEEP, LLC

CHAPTER 13

Debtor(s)

CASE NO: 4-15-01927-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MOTION TO DISMISS

vs.

JODI L. AUKER
    DBA: FURNITURE SOLUTIONS OUTLET,
LLC, NITTANY SLEEP, LLC

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

    AND NOW, comes Charles J. DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

    1. Debtor(s) filed the above case on May 5, 2015.

    2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

    3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 05/28/2015 09/02/2015 04/14/2016 11/03/2016 03/02/2017 10/23/2017.

    4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

    5. Debtor(s) is currently 2 months in default with arrearages of $4,774.00 through April 19, 2018.

    6. The non-payment of Debtor's plan obligation is

        a. a material default with respect to the confirmed plan; and

        b. an unreasonable delay by Debtor that is prejudicial to creditors.

    7. Dismissal of the case is in the best interest of the creditors and the estate.

Case 4:15-bk-01927-JJT    Doc 129    Filed 04/19/18    Entered 04/19/18 11:01:50    Desc
Page 1 of 6

8. Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: <u>April 19, 2018</u>  Respectfully submitted,

<u>/s/ Agatha R. McHale, Esquire</u>
<u>ID: 47613</u>
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JODI L. AUKER<br>DBA: FURNITURE SOLUTIONS OUTLET,<br>LLC, NITTANY SLEEP, LLC | CHAPTER 13 |
| Debtor(s) | CASE NO: 4-15-01927-JJT |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>vs.<br>JODI L. AUKER<br>DBA: FURNITURE SOLUTIONS OUTLET,<br>LLC, NITTANY SLEEP, LLC<br>Respondent(s) | MOTION TO DISMISS |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| May 25, 2018 at 9:30 am | May 25, 2018 at 10:05 AM |
| U.S. Courthouse and Federal Building | U.S. Courthouse and Federal Building |
| 240 West Third Street | Courtroom #1, 4th Floor |
| Williamsport, PA 17701 | 240 West Third Street |
| | Williamsport, PA 17701 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT IMMEDIATELY AFTER YOUR CONFERENCE WITH THE TRUSTEE AND MAY RESULT IN DISMISSAL OF YOUR CASE.**

**PAYMENT IN FULL WILL NOT EXCUSE YOU FROM THE HEARING.**

Dated: <u>April 19, 2018</u>          Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   JODI L. AUKER<br>    DBA: FURNITURE SOLUTIONS OUTLET,<br>LLC, NITTANY SLEEP, LLC | CHAPTER 13 |
| Debtor(s) | CASE NO: 4-15-01927-JJT |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>    Movant | MOTION TO DISMISS |
| vs. | |
| JODI L. AUKER<br>  DBA: FURNITURE SOLUTIONS OUTLET,<br>LLC, NITTANY SLEEP, LLC | |
| Respondent(s) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on April 19, 2018.

DONALD M. HAHN, ESQUIRE
122 EAST HIGH STREET
P.O. BOX 209
BELLEFONTE, PA  16823-

JODI L. AUKER
145 SUMMIT DRIVE
CENTRE HALL, PA  16828

Dated:   April 19, 2018

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JODI L. AUKER<br>  DBA: FURNITURE SOLUTIONS OUTLET,<br>LLC, NITTANY SLEEP, LLC | CHAPTER 13 |
| Debtor(s) | CASE NO: 4-15-01927-JJT |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>  Movant | MOTION TO DISMISS |
| vs. | |
| JODI L. AUKER<br>  DBA: FURNITURE SOLUTIONS OUTLET,<br>LLC, NITTANY SLEEP, LLC | |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.