```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 15-01927-JJT
Jodi L. Auker                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: REshelman     Page 1 of 1     Date Rcvd: May 30, 2018
                   Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db        +Jodi L. Auker,   145 Summit Drive,   Centre Hall, PA 16828-9137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
      Brenda Sue Bishop    on behalf of Creditor   PA Department of Revenue bbishop@attorneygeneral.gov,
       ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      Dana S Plon    on behalf of Creditor   303 Benner Pike Holdings Limited Partnership
       dplon@sirlinlaw.com
      Joshua I Goldman    on behalf of Creditor   BAC BANK OF NY (CWALT 2007-1T1)
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      Joshua I Goldman    on behalf of Creditor   THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Steven P. Kelly    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
       TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE
       PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
      Thomas I Puleo    on behalf of Creditor   THE BANK OF NEW YORK MELLON tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Tracy Lynn Updike    on behalf of Debtor 1 Jodi L. Auker tupdike@ssbc-law.com,
       ssollenberger@ssbc-law.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William Edward Miller    on behalf of Creditor   BAC BANK OF NY (CWALT 2007-1T1)
       wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                         TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JODI L. AUKER | : | |
| | : | |
| | : | |
| Debtor(s) | : | CASE NO. 4:15-BK-01927JJT |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 129 |
| | : | |
| vs | : | |
| JODI L. AUKER | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Williamsport, PA in said District,

Upon consideration of the STIPULATION filed May 24, 2018

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s

MOTION TO DISMISS for material default filed on or about April 19, 2018

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

Dated: May 30, 2018            By the Court,

_____
John J. Thomas, Bankruptcy Judge (RE)