```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 15-01927-JJT
Jodi L. Auker                                                 Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: LyndseyPr        Page 1 of 1        Date Rcvd: Jun 29, 2018
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
          +Murray Motors Lock Haven,    Attn: Cindy Miller,    910 Bellefonte Avenue,
            Lock Haven, PA 17745-2700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
          Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
           ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dana S Plon    on behalf of Creditor    303 Benner Pike Holdings Limited Partnership
           dplon@sirlinlaw.com
          Joshua I Goldman    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Jodi L. Auker tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JODI L. AUKER, | : | CASE NO: 4-15-01927-JJT |
| | : | |
| Debtor | : | |

### ORDER DIRECTED TO DEBTOR'S EMPLOYER

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that Murray Motors Lock Haven, Attn: Cindy Miller, 910 Bellefonte Avenue, Lock Haven, Pennsylvania 17745, the employer of the Debtor, Jodi L. Auker, is hereby directed to deduct from Ms. Auker's commission check the sum of $1,400.00 per month, and remit the same to the Chapter 13 Trustee, Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604. If Ms. Auker's commission check is not sufficient to cover the monthly payment to the Trustee, then any remaining balance owing would be paid through Ms. Auker's regular bi-weekly wages.

**IT IS FURTHER ORDERED** that Murray Motors Lock Haven shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: June 29, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)