```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 15-01927-JJT
Jodi L. Auker                                                   Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: CathyPeak          Page 1 of 1          Date Rcvd: Oct 26, 2018
                              Form ID: ortext          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
4656379        +Leo Hartman,   209 Wiltshire Dr.,   Bellefonte, PA 16823-7957

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
               ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dana S Plon    on behalf of Creditor    303 Benner Pike Holdings Limited Partnership
               dplon@sirlinlaw.com
              Joshua I Goldman    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Jodi L. Auker tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jodi L. Auker,                                        Chapter: 13

**Debtor 1**                              Case number: 4:15−bk−01927−JJT

## ORDER

Order setting Hearing on Debtor's Objection to Claim No. 7−1 of Leo Hartman . IT IS SO ORDERED on 10/26/2018. /s/John J. Thomas (RE: related document(s)141). Hearing scheduled for 11/2/2018 at 10:00 AM at Penn State Law School, Apfelbaum Ctrm 110, Lewis Katz Bldg, Bigler Rd, University Park, PA 16802. (Peake, Cathy)

Order Text Entries (Form ortext) (5/18)