```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 15-01927-JJT
Jodi L. Auker                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4    User: LyndseyPr    Page 1 of 1    Date Rcvd: Nov 06, 2018
                     Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
4656424        +Yu Tai Chung,    501 Westview Ave.,    State College, PA 16803-3454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
           Brenda Sue Bishop    on behalf of Creditor    PA Department of Revenue bbishop@attorneygeneral.gov,
            ARC-Court-MiddleDistrict@attorneygeneral.gov;RA-occbankruptcy6@state.pa.us
           Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
           Dana S Plon    on behalf of Creditor    303 Benner Pike Holdings Limited Partnership
            dplon@sirlinlaw.com
           Joshua I Goldman    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
            TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE
            PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
           Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Tracy Lynn Updike    on behalf of Debtor 1 Jodi L. Auker tupdike@ssbc-law.com,
            ssollenberger@ssbc-law.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
           William Edward Miller    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
            wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                                                  TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JODI L. AUKER, | : | CASE NO: 4-15-01927-JJT |
| Debtor | : | |
| | : | CLAIM 15-2 |
| JODI L. AUKER, | : | |
| Objectant | : | |
| vs. | : | |
| YU TAI CHUNG, | : | |
| Claimant | : | |

**ORDER**

Upon consideration of the Objection of Jodi L. Auker, the above-named Debtor, to Claim No. 15-2 of Yu Tai Chung, it is

**HEREBY ORDERED** that such claim is disallowed in its entirety.

Dated: November 6, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge PR