UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JODI L. AUKER
DBA: FURNITURE SOLUTIONS
OUTLET, LLC, NITTANY SLEEP, LLC

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-15-01927-RNO

JODI L. AUKER
DBA: FURNITURE SOLUTIONS
OUTLET, LLC, NITTANY SLEEP, LLC

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 26, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of June 26, 2019, the Debtor(s) is/are $5600.00 in arrears with a plan payment having last been made on May 06, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 26, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JODI L. AUKER
DBA: FURNITURE SOLUTIONS
OUTLET, LLC, NITTANY SLEEP, LLC

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-15-01927-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 26, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

SCHIFFMAN, SHERIDAN & BROWN, PC     SERVED ELECTRONICALLY
TRACY L UPDIKE, ESQUIRE
2080 LINGLESTOWN ROAD, SUITE 201
HARRISBURG, PA 17110-

JODI L. AUKER     SERVED BY 1ST CLASS MAIL
145 SUMMIT DRIVE
CENTRE HALL, PA 16828

United States Trustee
228 Walnut Street
Suite 1190     SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 26, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com