```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 15-01927-RNO
Jodi L. Auker                                                       Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-4         User: LyndseyPr              Page 1 of 3           Date Rcvd: Jun 27, 2019
                             Form ID: pdf010              Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db          +Jodi L. Auker,    145 Summit Drive,   Centre Hall, PA 16828-9137
cr          +PA Department of Revenue,    Office of Attorney General,   15th Floor - Strawberry Square,
              Harrisburg, PA 17120-0001
cr           THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
              Greenville, SC 29603-0826
cr           The Bank of New York Mellon,    C/O Shellpoint Mortgage Servicing,   P.O. Box 10826,
              Greenville, SC 29603-0826
4659454     +303 Benner Pike Holdings Limited Partnership,    c/o Dana S. Plon, Esquire,
              Sirlin Lesser & Benson, P.C.,    123 South Broad Street, Suite 2100,
              Philadelphia, PA 19109-1042
4656338     +611 MRI CT,    2950 Fairway Dr., Ste. 1,   Altoona, PA 16602-4494
4656339     +Advanced Disposal,    Solid Waste of PA, Inc. - L1,   P.O. Box 74008047,
              Chicago, IL 60674-8047
4656340     +Ahmed Mohamet,    426 Kemmerer Rd.,   State College, PA 16801-6407
4656343     +Ashley Furniture,    1 Ashley Wy.,   Arcadia, WI 54612-1200
4656344     +Breg, Inc.,    P.O. Box 844628,   Dallas, TX 75284-4628
4656352    ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas,    P.O. Box 742537,   Cincinnati, OH 45274)
4656345      Cari Gustafson,    105 Doubletree Pl.,   State College, PA 16803
4656347     +Carol Welch,    2171 W. Union St.,   Canton, PA 17724-8955
4656348     +Centre Diagnostic Imaging,    P.O. Box 197,   State College, PA 16804-0197
4656350     +Christine Kondash,    1436 Majestic View Rd.,   State College, PA 16801-8425
4656351     +Christopher Uhlig,    1730 Bristol Ave.,   State College, PA 16801-3071
4656355     +Dawn Moss,    131 Quartz Dr.,   Bellefonte, PA 16823-7505
4656356     +Department of Labor & Industry,    Office of Chief Counsel,   651 Boas St.,
              Harrisburg, PA 17121-0725
4656357     +Donna Smouse,    100 Hawknest Wy., Apr. 723,   Bellefonte, PA 16823-8611
4656361     +Furniture Solutions Outlet, LLC,    c/o Jodi Auker,   145 Summit Dr.,
              Centre Hall, PA 16828-9137
4656362      Gail Lindsey,    403 Hecla Rd.,   Mingoville, PA 16856
4656363     +Gold Bond,    The Standard Mattress Co.,   P.O. Box 89,   Hartford, CT 06141-0089
4656365     +James Renninger,    650 E. Guardlock Dr.,   Lock Haven, PA 17745-1849
4656366     +Janet Kirally,    234 Limerock Terr., Apt. 207,   State College, PA 16801-7384
4656367     +Jennifer Wiker,    661 Smith Rd.,   Port Matilda, PA 16870-7902
4656368     +Jeremy Dreibelbis,    120 Covalt Ln.,   Spring Mills, PA 16875-8437
4656369     +Jo Ping Hsu,    722 Linnet Ln.,   State College, PA 16803-2506
4656370     +Joel Confer Ford,    2892 Benner Pk.,   Bellefonte, PA 16823-8435
4656372     +Julie Evey,    4908 Nittany Valley Dr.,   P.O. Box 54,   Lamar, PA 16848-0054
4656375     +Kay Shuey,    174 Rosewood Cove,   Bellefonte, PA 16823-8657
4656376     +Kerry Uhler,    149 Robinson Rd.,   Howard, PA 16841-4807
4656377      Lakara Smith,    119.5 E. Main,   Lock Haven, PA 17745
4656378     +Law Offices of Miller, Kistler & Campbel,    720 S. Atherton St.,   State College, PA 16801-4669
4656379     +Leo Hartman,    209 Wiltshire Dr.,   Bellefonte, PA 16823-7957
4656381     +Lighthouse Medical, LLC,    300 E. Walnut Ave.,   Altoona, PA 16601-5210
4656382     +Margaret Kaleita,    201 Outer Dr.,   State College, PA 16801-7930
4656383      Matthew Klingler,    P.O. Box 12034,   State College, PA
4656384     +Mazza Law Group, PC,    2790 W. College Ave.,   Ste. 800,   State College, PA 16801-2600
4656385     +Metro Commercial Management Services, In,    303 Fellowship Rd.,   Ste. 202,
              Mount Laurel, NJ 08054-1212
4656387     +Millennium Health & Laboratories,    P.O. Box 844468,   Dallas, TX 75284-4468
4656388     +Mount Nittany Medical Center,    P.O. Box 536317,   Pittsburgh, PA 15253-5905
4656389     +Mount Nittany Medical Center,    P.O. Box 382804,   Pittsburgh, PA 15251-8804
4656391     +NE kids,    P.O. Box 2459,   Christiansburg, VA 24068-2459
4684264     +Nexstar Broadcasting, Inc.,    c/o Gogi Malik,   545 E. John Carpenter Freeway,    Suite 700,
              Irving, TX 75062-3932
4656394     +Nicole Watson,    160 Lorinda Ln.,   Bellefonte, PA 16823-8200
4656395     +Nittany Sleep, LLC,    c/o Jodi Auker,   145 Summit Dr.,   Centre Hall, PA 16828-9137
4656398     +PR Financing, LP,    200 S. Broad St.,   Philadelphia, PA 19102-3803
4656396     +Paul Beauchemin,    1926 Waddle Rd., Apt. 1,   State College, PA 16803-2694
4656403     +RMS,    P.O. Box 3100,   Naperville, IL 60566-7100
4656401     +Richard Dillen,    143 Whitman Cir.,   Pleasant Gap, PA 16823-3311
4656410     +SLS,    8742 Lucent Blvd.,   Ste. 300,   Highlands Ranch, CO 80129-2386
4656405     +Samantha Benson,    2170 W. Union St.,   Canton, PA 17724-8955
4656406     +Shellpoint,    P.O. Box 1410,   Troy, MI 48099-1410
4656407     +Shirley Auker,    c/o Jodi Auker,   145 Summit Dr.,   Centre Hall, PA 16828-9137
4656408     +Shuping Jing,    400 Hawknest Rd.,   State College, PA 16801-3242
4656409     +Sirlin, Lesser & Benson, PC,    123 S. Broad St.,   Ste. 2100,   Philadelphia, PA 19109-1042
4656411     +Stephanie & Robert Neff,    368 Lower Creek Rd.,   Milroy, PA 17063-8825
4656412     +Steve Lutz,    1434 Willowbrook Dr.,   Boalsburg, PA 16827-1672
4656413     +Steven Perryman,    210 Upper Coleville Rd.,   Bellefonte, PA 16823-8722
4687739      THE BANK OF NEW YORK MELLON et. al.,    Shellpoint Mortgage Servicing,   P.O. Box 10826,
              Greenville, SC 29603-0826
4669900     +THE STANDARD MATTRESS CO.,    D/B/A GOLD BOND,   261 WESTON STREET,   HARTFORD, CT 06120-1209
```

```
4692683        +The Bank of New York Mellon, Trustee(See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4656414        +Trish Notautomas,    646 H Oakwood Ave.,    State College, PA 16803-2643
4656422        +WTAJ,    201 Humboldt St.,    Rochester, NY 14610-1041
4656423        +WWCP/WATM/ThisTV,    1450 Scalp Ave.,    Johnstown, PA 15904-3335
4656419        +Wayne Auker,    145 Summit Dr.,    Centre Hall, PA 16828-9137
4656421        +William Shuey,    122 Ramblewood Rd.,    Pennsylvania Furnace, PA 16865-9726
4656424        +Yu Tai Chung,    501 Westview Ave.,    State College, PA 16803-3454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4656354        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 27 2019 19:07:11      
                 Credit Management Company,    P.O. Box 16346,    Pittsburgh, PA 15242-0346
4656358        +E-mail/Text: bankruptcies@zimmerbiomet.com Jun 27 2019 19:07:16      EBI - Patient Pays,
                 Lockbox #8506,    P.O. Box 8500,    Philadelphia, PA 19178-8500
4656359        +E-mail/Text: bankruptcy@erieinsurance.com Jun 27 2019 19:07:16      Erie Insurance,
                 Collection Department,    100 Erie Insurance Place,    Erie, PA 16530-0001
4656364        +E-mail/Text: cio.bncmail@irs.gov Jun 27 2019 19:06:54      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
4656390        +E-mail/Text: Bankruptcies@nragroup.com Jun 27 2019 19:07:21      National Recovery Agency,
                 P.O. Box 67015,    Harrisburg, PA 17106-7015
4658907        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 19:07:00      
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4656397        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 19:07:00      
                 Pennsylvania Department of Revenue,    Dept. 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0001
4656415        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 27 2019 19:07:23      University Orthopedic,
                 c/o Berks Credit & Collections, Inc.,    P.O. Box 329,    Temple, PA 19560-0329
4656417        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 27 2019 19:06:48      
                 Verizon,    500 Technology Drive,    Ste. 550,    Weldon Spring, MO 63304-2225
4656416        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 27 2019 19:06:48      
                 Verizon,    P.O. Box 15124,    Albany, NY 12212-5124
4656418        +E-mail/Text: rmcbknotices@wm.com Jun 27 2019 19:07:14      Waste Management,
                 International Environmental Management,    24516 Network Pl.,    Chicago, IL 60673-1245
4656420        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 27 2019 19:07:05      West Penn Power,
                 P.O. Box 3615,    Akron, OH 44309-3615
4692202        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 27 2019 19:07:05      West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing
4656341         Alice Rhoads,    unknown,    Pennsylvania
4656393         Huntingdon, PA
4656374         Kari Strunk,    unknown,    Pennsylvania
4656400         Lock Haven, PA 17745
4656392         Nick Moore
4656399         Rebecca Sanchuk
4656402         Richard Harris,    unknown,    Pennsylvania
cr*            +303 Benner Pike Holdings Limited Partnership,    c/o Dana S. Plon, Esquire,
                 Sirlin Lesser & Benson, P.C.,    123 South Broad Street, Suite 2100,
                 Philadelphia, PA 19109-1042
cr*            +Yu Tai Chung,    501 Westview Ave.,    State College, PA 16803-3454
4656353*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania, Inc.,    P.O. Box 117,
                 Columbus, OH 43216)
4656342       ##+Anne Norling,    100 Hawknest Wy., Apt. 15,    Bellefonte, PA 16823-5201
4656346       ##+Carol Morrell,    210 Beacon Cir.,    Boalsburg, PA 16827-1270
4656349       ##+Chad Byerlee,    245 Governors Park Rd.,    Bellefonte, PA 16823-2534
4656360       ##+First Data,    5251 Westheimer Rd.,    Houston, TX 77056-5412
4656371       ##+Joshua Kirby,    112 Ridge Ave.,    State College, PA 16803-3522
4663737       ##+KAREN ADAMS,    404 HAWK LANE,    JULIAN , PA 16844-9064
4656373       ##+Karen Adams & Gary Von Gunder,    404 Hawk Ln.,    Julian, PA 16844-9064
4656380       ##+Leslie Ramish,    201 Tavern Terr.,    Bellefonte, PA 16823-7138
4656386       ##+Mike Naputano,    250 Hawknest Rd.,    State College, PA 16801-3245
4659481       ##+PEAK MEDIA OF PENNSYLVANIA, LLC,    1450 SCALP AVE,    JOHNSTOWN, PA 15904-3335
4656404       ##+Rodney Facer,    209 Terra Sylvan Ln.,    Bellefonte, PA 16823-8655
                                                                                 TOTALS: 8, * 3, ## 11
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dana S Plon    on behalf of Creditor    303 Benner Pike Holdings Limited Partnership
               dplon@sirlinlaw.com
              Joshua I Goldman    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa L. Van Eck    on behalf of Creditor    PA Department of Revenue mvaneck@attorneygeneral.gov,
               ARC-CourtMiddleDistrict@attorneygeneral.gov
              Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-1T1, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2007-1T1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Jodi L. Auker tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-1T1)
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| JODI L. AUKER<br>DBA: FURNITURE SOLUTIONS OUTLET, LLC, NITTANY SLEEP, LLC<br>        Debtor 1 | Chapter: 13<br><br>Case No.: 4-15-01927-RNO |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br> vs.      Movant(s)<br><br>JODI L. AUKER<br>DBA: FURNITURE SOLUTIONS OUTLET, LLC, NITTANY SLEEP, LLC<br>       Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: June 27, 2019

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

Order Dismissing Case with Parties - Revised 9/17